# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129345

SBC MICHIGAN,
        Appellant,

v                                                    SC: 129345
                                                     COA: 251991
                                                     MPSC: U-13762

MICHIGAN PUBLIC SERVICE
COMMISSION,
        Appellee,

and

RAYMOND J. ZAKRZEWSKI,
        Complainant.
_____/

        On order of the Court, the application for leave to appeal the July 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk

d0406